David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Tamar Gabriel Ellyin (SBN 266860)
gabrielt@cmtlaw.com
CARLSON & MESSER LLP
5901 W. Century Boulevard, Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
COMENITY BANK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE MORALES, <br><br> Plaintiff, <br><br> vs. <br><br> COMENITY BANK <br><br> Defendant. | Case No. 2:18-CV-01974-RSWL-RAC <br><br> **NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that Plaintiff and Defendant COMENITY BANK, have reached a settlement.  The parties anticipate that they will complete the settlement, and file a stipulation of dismissal with prejudice, within 45 days from the date of this notice.

In light of the settlement, the parties respectfully request that the Court take off calendar all future hearing dates in this case as it pertains to Defendant COMENITY BANK.

DATED: July 18, 2018

**CARLSON & MESSER LLP**

By:/s/ Tamar Gabriel Ellyin
   David J. Kaminski
   Tamar Gabriel Ellyin
   Attorneys for Defendant,
   COMENITY BANK

# CERTIFICATE OF SERVICE

I, Tamar Gabriel Ellyin, hereby certify that on this 27th day of July, 2018, a true and accurate copy of the foregoing Notice of Settlement were served via the District Court ECF System on the Following:

Email: brian@pricelawgroup.com

/s/Tamar Gabriel Ellyin
Tamar Gabriel Ellyin
CARLSON & MESSER LLP