JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

IRENE MORALES,

            Plaintiff,

v.

COMENITY BANK

            Defendant(s).

Case No.: 2:18-cv-1974 RSWL-RAO

**ORDER OF DISMISSAL**

     Upon review of the Parties Stipulation for Dismissal with Prejudice of Defendant Comenity Bank and good cause appearing,

     **IT IS ORDERED** that the Stipulation is **GRANTED**.

     The above-entitled matter is hereby dismissed with prejudice, with the parties to bear their own costs and attorneys' fees.

     **IT IS SO ORDERED.**

Dated: 8/28/2018

                          s/ RONALD S.W. LEW
                          HONORABLE RONALD S. W. LEW
                          UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER